**UNITED STATES. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SEAN ANTHONY YANNOTTI,<br>   Plaintiff, | Case No. 19-cv-11189<br>Hon. Nancy G. Edmunds |
| v. | |
| CITY OF ANN ARBOR,<br>   Defendant | **STIPULATED ORDER** |

PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Co-Counsel for Plaintiffs
P.O. Box 107
Hemlock, MI  48226
(989) 642-0055
pellison@olcplc.com

STEPHEN K. POSTEMA (P38871)
Attorney for City of Ann Arbor
Office of City Attorney
301 E. Huron St., P.O. Box 8647
Ann Arbor, MI 48107-8647
(734) 794-4954
spostema@a2gov.org

MATTHEW E. GRONDA (P73693)
Co-Counsel for Plaintiffs
P.O. Box 70
St. Charles, MI 48655
(989) 249-0350
matthewgronda@gmail.com

## **STIPULATED ORDER TO DISMISS WITHOUT PREJUDICE**

Due to the pending appeal of *Taylor v City of Saginaw,* the desire to save judicial/party economy and having executed a tolling agreement, Plaintiff Sean Anthony Yannotti and Defendant City of Ann Arbor, by and through their respective counsel, agree to dismiss the current case without prejudice.

THEREFORE, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE and without costs or attorney fees to either party.

Dated: November 23, 2020          s/ Nancy G. Edmunds
                                  Hon. Nancy G. Edmunds
                                  U.S. District Court Judge

We stipulate and agree to the entry of the above Order:

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
MATTHEW E. GRONDA (P73693)
Attorney for Plaintiff
Dated: 11/20/2020

/s/ Stephen K. Postema
STEPHEN K. POSTEMA (P38871)
Attorney for City of Ann Arbor